United States District Court
Southern District of Texas
**ENTERED**
October 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ADRIAN MARTINEZ GONZALEZ, "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00933 |
| | § | |
| TODD BLANCHE, *et al*., "Respondents." | § | |

**ORDER**

Before the Court is Petitioner's "Motion to Dismiss Petition for Writ of Habeas Corpus without Prejudice" (Dkt. No. 4) ("Motion"). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the "Petition for Writ of Habeas Corpus" (Dkt. No. 1) is **DISMISSED without prejudice**.[1] Petitioner's Motion (Dkt. No. 4) is **DENIED** as moot. The Clerk of the Court is **INSTRUCTED** to close this case.

SIGNED this October 1, 2026

Rolando Olvera
United States District Judge

[1] Although Petitioner styles his dismissal request as a motion to dismiss, the Court finds the requirements of FED. R. CIV. P. 41(a)(1)(A)(i) satisfied and construes the Motion as a notice of voluntary dismissal. *See* FED. R. CIV. P. 41(a)(1)(A)(i) ("the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment").